UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHNSON, MICHELLE R | ) | Case No. 07-01853-JHS |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Trustee's Final Report**

To:   The Honorable JOHN H. SQUIRES
      United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on February 4, 2007. PHILIP V. MARTINO was appointed Trustee on the February 4, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of January 25, 2008 is as follows:

   a.   RECEIPTS (See Exhibit C)                    $8,767.92
   b.   DISBURSEMENTS (See Exhibit C)               $0.00

CHGO1\31146031.1

|   |   |   |   |
|---|---|---|---|
| c. | NET CASH available for distribution | | $8,767.92 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
|   | 1. | Trustee compensation requested (See Exhibit E) | $1,626.79 |
|   | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
|   | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |
|   |   | (1.) Dla Piper Us Llp *Attorney for Trustee Fees (Trustee Firm)* | $22,184.50 |
|   |   | (2.) Popowcer Katten *Accountant for Trustee Fees (Other Firm)* | $840.00 |
|   |   | (3.) Dla Piper Us Llp *Attorney for Trustee Expenses (Trustee Firm)* | $469.24 |

5. The Bar Date for filing unsecured claims expired on June 6, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $191,572.41 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $25,120.53 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $3,562.71 |
| e. | Allowed unsecured claims | $656,981.55 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.0000% of allowed claims .

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $1,626.79 | $0.00 |
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $22,184.50 | $469.24 |
| POPOWCER KATTEN<br>*Accountant for Trustee* | $0.00 | $840.00 | $0.00 |

9. A fee of $1,800.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE:  1/29/2008

/s/ Philip V. Martino
PHILIP V. MARTINO, Trustee
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL  60601

## TASKS PERFORMED BY TRUSTEE

Prepared for and attended Debtor's first meeting of creditors; reviewed and executed documents for the sale of real estate; considered counter-offer; reviewed documents regarding undisclosed liens, and zoning issues; negotiated lien reductions; attended court hearing on turnover motion; maintained estate's bookkeeping records; and filed the necessary reports with the Office of the U.S. Trustee including this Final Report. Please see Trustee's Affidavit attached to Trustee's fee application.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 07-01853 | JHS | Judge: JOHN H. SQUIRES | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | JOHNSON, MICHELLE R | | | | Date Filed (f) or Converted (c): | 02/04/07 (f) |
| | | | | | 341(a) Meeting Date: | 03/05/07 |
| For Period Ending: | 01/31/08 | (2nd reporting period for this case) | | | Claims Bar Date: | 06/06/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 377 GREENBAY ROAD, CALUMET CITY, IL (3-UNIT-MULTI- | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. 5400 SOUTH HYDE PARK, UNIT A-8, CHICAGO, IL (PRIMA | 197,000.00 | 0.00 | | 0.00 | FA |
| 3. AVAILABLE CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 4. CHASE BANK- CHECKING ACCT CHASE BANK- SAVINGS ACCT | 100.00 | 0.00 | | 0.00 | FA |
| 5. GENERAL HOUSEHOLD GOODS (TELEVISION, BEDROOM SET, | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. GENERAL WEARING APPAREL (SHIRTS, SHOES, PANTS, SK | 700.00 | 0.00 | | 0.00 | FA |
| 7. 1997 LEXUS ES 300 | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. 2006 ANTICIPATED INCOME TAX RETURN | 4,200.00 | 0.00 | | 0.00 | FA |
| 9. Rents from 377 Greenbay Road (u) | 0.00 | 3,750.00 | | 3,750.00 | FA |
| 10. Escrow Litigation (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.92 | Unknown |
| TOTALS (Excluding Unknown Values) | $437,250.00 | $3,750.00 | | $8,767.92 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/01/07    Current Projected Date of Final Report (TFR): 06/30/08

LFORM1                                                                                                                                                          Ver: 12.61a

Case 07-01853 Doc 76 Filed 03/11/08 Entered 03/11/08 09:58:44 Desc Main
Document Page 6 of 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 07-01853 -JHS
Case Name: JOHNSON, MICHELLE R
Taxpayer ID No: *******5715
For Period Ending: 01/31/08

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5903 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/07 | 9 | Michelle R. Johnson | Rents | 1122-000 | 3,000.00 | | 3,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.65 | | 3,000.65 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.46 | | 3,003.11 |
| 07/03/07 | 9 | Sandra and Mark Trotter | June 2007 Rent | 1222-000 | 750.00 | | 3,753.11 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.02 | | 3,756.13 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.19 | | 3,759.32 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.39 | | 3,761.71 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.40 | | 3,764.11 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.01 | | 3,766.12 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.80 | | 3,767.92 |
| 01/07/08 | 10 | Suddler Sotheby's International Realty | 377 Greenbay Release of Escrow | 1249-000 | 5,000.00 | | 8,767.92 |

```
                          COLUMN TOTALS                    8,767.92        0.00
                          Less: Bank Transfers/CD's            0.00        0.00
                                   Subtotal                8,767.92        0.00
                          Less: Payments to Debtors                        0.00
                                   Net                     8,767.92        0.00
```

```
                          TOTAL - ALL ACCOUNTS          NET DEPOSITS     NET DISBURSEMENTS     ACCOUNT BALANCE
                          BofA - Money Market Account - *******5903    8,767.92        0.00      8,767.92
                                                        ──────────  ──────────      ──────────
                                                         8,767.92        0.00         8,767.92

                                                        (Excludes Account  (Excludes Payments    Total Funds
                                                          Transfers)         To Debtors)          On Hand
```

Page Subtotals    8,767.92    0.00

LFORM24                                                                                              Ver: 12.61a

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHNSON, MICHELLE R | ) | Case No. 07-01853-JHS |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

### PROPOSED DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $8,767.92 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$8,767.92** |

CHGO1\31146031.1

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $25,120.53 | 34.90 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $1,626.79 | $567.80 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $22,184.50 | $7,743.15 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $469.24 | $163.78 |
| | Popowcer Katten Accountant for Trustee Fees | $840.00 | $293.19 |
| | **CLASS TOTALS** | **$25,120.53** | **$8,767.92** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

CHGO1\31146031.1

2

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 191,572.41 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000005 | Litton Loan Servicing, L.P. Real Property Tax Liens | $191,572.41 | $0.00 |
| | **CLASS TOTALS** | **$191,572.41** | **$0.00** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 3,562.71 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Cook County Treasurer"S Office Claims of Governmental Units-- 507 | $3,562.71 | $0.00 |
| | **CLASS TOTALS** | **$3,562.71** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 651,981.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | American Express Centurion Bank General Unsecured 726 | $20,154.20 | $0.00 |
| 000006A | Uvalde National Bank F/K/A Clarityb General Unsecured 726 | $631,366.04 | $0.00 |
| 000001 | World Financial Network National Ba General Unsecured 726 | $461.31 | $0.00 |
| | **CLASS TOTALS** | **$651,981.55** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 5,000.00 | 0.00 |

CHGO1\31146031.1        4

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000006B | Uvalde National Bank F/K/A Clarityb Tardy General Unsecured 726 | $5,000.00 | $0.00 |
| | **CLASS TOTALS** | **$5,000.00** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____