UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JOHNSON, MICHELLE R ) | Case No. 07-01853-JHS | |
| ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

### Notice of Trustee's Final Report, Hearing on Applications
### for Compensation, and Hearing on the Abandonment
### of Property by the Trustee

To the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Dirksen Federal Courthouse, 219 S Dearborn, Courtroom 680,
          Chicago, Illinois  60604

    On: **April 14, 2008**          Time:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    Receipts                                                                  $8,767.92

    Disbursements                                                                $0.00

    Net Cash Available for Distribution                                       $8,767.92

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO | $0.00 | $1,626.79 | $0.00 |

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| *Trustee Compensation* | | | |
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $22,184.50 | $469.24 |
| POPOWCER KATTEN<br>*Accountant for Trustee* | $0.00 | $840.00 | $0.00 |

This Estate is administratively insolvent. As a result, the administrative dividend is anticipated to be 34.90%.

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,562.71 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Cook County Treasurer"S Office | $3,562.71 | $0.00 |

7. Claims of general unsecured creditors totaling $656,981.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | World Financial Network National Ba | $461.31 | $0.00 |
| 000002 | American Express Centurion Bank | $20,154.20 | $0.00 |

| 000006A | Uvalde National Bank F/K/A Clarityb | $631,366.04 | $0.00 |
| 000006B | Uvalde National Bank F/K/A Clarityb | $5,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |


Dated: **March 13, 2008**            For the Court,


                                By:   **KENNETH S. GARDNER**
                                      CLERK OF THE COURT

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL  60601
Phone No.:  (312) 368-2165

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1        Date Rcvd: Mar 13, 2008
Case: 07-01853                Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Mar 15, 2008.
db           +Michelle R Johnson,   5400 South Hyde Park,   Apt A-8,   Chicago, IL 60615-5850
aty          +Colleen E McManus,   DLA Piper US LLP,   203 N LaSalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Eric E Walker,   DLA Piper US LLP,   203 N LaSalle Street Suite 1900,   Chicago, IL 60601-1263
aty          +Philip V Martino, ESQ,   DLA Piper US LLP,   203 N Lasalle Street,   Suite 1900,
               Chicago, IL 60601-1263
aty          +Sherry L Howard,   Law Office of Sherry L. Howard,   30 East 34th St,   Steger, IL 60475-1759
tr           +Philip V Martino, ESQ,   DLA Piper Rudnick Gray Cary US LLP,   203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
11158691      American Express,   Box 0001,   Los Angeles, CA 90096-0001
11291503      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11158692      Bank Of America,   PO Box 37291,   Baltimore, MD 21297-3291
11158693      City Of Chicago,   C/O: Linebarger Goggan Blair & Sampson,   233 S Wacker Dr Ste 4030,
               Chicago, IL 60606-6379
11158694     +City Of Chicago,   C/O: Baker, Miller, Markhoff, & Krasny,   29 W Wacker Dr 5th Fl,
               Chicago, IL 60606-3227
11158695      Clarity Bank Vs. Michelle R. Johnson,   C/O: C. Sarah Lappin, Esq,   216 Higgins Rd,
               Park Ridge, IL 60068-5706
11158697      Cook County Tax Assessor,   69 W Washington St,   Chicago, IL 60602-3134
11296827     +Cook County Treasurer's Office,   Legal Department,   118 North Clark Street - Room 112,
               Chicago, IL 60602-1332
11158698     +Credit Collection Services,   C/O: AllState Property,   2 Wells Ave,   Newton, MA 02459-3246
11158699      Goldman & Grant,   C/O: City Of Chicago,   205 W Randolph St Ste 1100,   Chicago, IL 60606-1813
11158700     +Heller & Frisone Ltd,   C/O: City Of Chicago,   33 N Lasalle St Ste 1200,
               Chicago, IL 60602-2866
11158689     +JOHNSON MICHELLE R,   5400 South Hyde Park,   Apt A-8,   Chicago, IL 60615-5850
11158690      Law Office Of Sherry L Howard,   30 E 34th St,   Steger, IL 60475-1759
11158701      Lerner New York & Company,   PO Box 182782,   Columbus, OH 43218-2782
11158702      Litton Loan Servicing,   PO Box 4387,   Houston, TX 77210-4387
11314089     +Litton Loan Servicing, L.P.,   Bankruptcy Department,   4828 Loop Central Drive,
               Houston, TX 77081-2212
11158704     +Peoples Energy,   1250 S Kilbourn Ave,   Chicago, IL 60623-1093
11158705      Talan & Ktsanes,   C/O: City Of Chicago,   300 W Adams St Ste 840,   Chicago, IL 60606-5109
11436373     +Uvalde National Bank f/k/a Claritybank.com, NA,   c/o David T. Arena,   DiMonte & Lizak, LLC,
               216 W. Higgins Rd,   Park Ridge, IL 60068-5706
11158707    ++WORLD SAVINGS BANK FSB,   ATTN BANKRUPTCY DEPARTMENT,   4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings,   PO Box 650011,   Dallas, TX 75265-0011)
11158706     +Wolin-Levin Inc,   C/O: Hedgerow Condo Assoc,   135 S La Salle St Dept 8425,
               Chicago, IL 60603-4177
11233925     +World Financial Network National Bank,   New York & Company,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
The following entities were served by electronic transmission on Mar 14, 2008.
11158696      E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0001
11158703      E-mail/Text: bankrup@nicor.com                          Nicor Gas,   PO Box 416,
               Aurora, IL 60568-0001
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**            **Signature:**  *Joseph Speetjens*