UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| JOHNSON, MICHELLE R | ) |
| | ) |
| | ) CASE NO. 07-01853-JHS |
| | ) |
| | ) |
| Debtor(s). | ) Hon. JOHN H. SQUIRES |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| 5/14/08 | /s/ Philip V. Martino |
| DATE | Philip V. Martino, Trustee |

CHGO1\31213789.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHNSON, MICHELLE R | ) | Case No. 07-01853-JHS |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

## DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $8,775.52 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $8,775.52 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $25,121.29 | 34.93 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $1,627.55 | $568.55 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $21,284.00 | $7,435.05 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $1,369.74 | $478.49 |
| | Popowcer Katten Accountant for Trustee Fees | $840.00 | $293.43 |
| | **CLASS TOTALS** | **$25,121.29** | **$8,775.52** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 191,572.41 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000005 | Litton Loan Servicing, L.P. Real Property Tax Liens | $191,572.41 | $0.00 |
| | CLASS TOTALS | $191,572.41 | $0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 3,562.71 | 0.00 |

3

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Cook County Treasurer"S Office Claims of Governmental Units-- 507 | $3,562.71 | $0.00 |
| | **CLASS TOTALS** | **$3,562.71** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 651,981.55 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | American Express Centurion Bank General Unsecured 726 | $20,154.20 | $0.00 |
| 000006A | Uvalde National Bank F/K/A Clarityb General Unsecured 726 | $631,366.04 | $0.00 |
| 000001 | World Financial Network National Ba General Unsecured 726 | $461.31 | $0.00 |
| | **CLASS TOTALS** | **$651,981.55** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 5,000.00 | 0.00 |

4

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000006B | Uvalde National Bank F/K/A Clarityb Tardy General Unsecured 726 | $5,000.00 | $0.00 |
| | CLASS TOTALS | $5,000.00 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __4/15/08__            /s/ Philip V. Martino
                              Philip V. Martino, Trustee

5

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01853 -JHS | | Trustee Name: | PHILIP V. MARTINO | | Page: 1 |
|---|---|---|---|---|---|---|
| Case Name: | JOHNSON, MICHELLE R | | Bank Name: | BANK OF AMERICA, N.A. | | |
| Taxpayer ID No: | *******5715 | | Account Number / CD #: | *******5903 BofA - Money Market Account | | |
| For Period Ending: | 05/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/07 | 9 | Michelle R. Johnson | Rents | 1122-000 | 3,000.00 | | 3,000.00 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.65 | | 3,000.65 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.46 | | 3,003.11 |
| 07/03/07 | 9 | Sandra and Mark Trotter | June 2007 Rent | 1222-000 | 750.00 | | 3,753.11 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.02 | | 3,756.13 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.19 | | 3,759.32 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.39 | | 3,761.71 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 2.40 | | 3,764.11 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.01 | | 3,766.12 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.80 | | 3,767.92 |
| 01/07/08 | 10 | Suddler Sotheby's International Realty | 377 Greenbay Release of Escrow | 1249-000 | 5,000.00 | | 8,767.92 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.85 | | 8,770.77 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.08 | | 8,772.85 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.07 | | 8,774.92 |
| 04/11/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 8,775.52 |
| 04/11/08 | | | Final Posting Transfer | | | | 8,775.52 |
| | | Transfer to Acct #******5990 | | 9999-000 | | 8,775.52 | 0.00 |

| | | | COLUMN TOTALS | | 8,775.52 | 8,775.52 | |
| | | | Less: Bank Transfers/CDs | | 0.00 | 8,775.52 | |
| | | | Subtotal | | 8,775.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,775.52 | 0.00 | |

LFORM24  Page Subtotals  8,775.52  8,775.52  Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 07-01853 -JHS | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, MICHELLE R | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********5990 BofA - Checking Account |
| Taxpayer ID No: | ********5715 | | |
| For Period Ending: | 05/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/11/08 | | Transfer from Acct #********5903 | Transfer In From MMA Account | 9999-000 | 8,775.52 | | 8,775.52 |
| 04/17/08 | 003001 | DLA Piper US LLP | | | | 7,913.54 | 861.98 |
| | | | Fees 7,435.05 | 3110-000 | | | 861.98 |
| | | | Expenses 478.49 | 3120-000 | | | 861.98 |
| 04/17/08 | 003002 | Popowcer Katten | | | | 293.43 | 568.55 |
| | | | | 3410-000 | | | 568.55 |
| 04/17/08 | 003003 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 568.55 | 0.00 |

| | | | COLUMN TOTALS | | 8,775.52 | 8,775.52 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Less: Bank Transfers/CD's | | 8,775.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,775.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,775.52 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | | |
| BofA - Money Market Account - ********5903 | | 8,775.52 | 0.00 | 0.00 |
| BofA - Checking Account - ********5990 | | 0.00 | 8,775.52 | 0.00 |
| | | 8,775.52 | 8,775.52 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |